**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Neal Preston

          Plaintiff,

v.                   Case No.: 1:18–cv–02017
                  Honorable Robert M. Dow Jr.

Midland Credit Management, Inc.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing set for 4/7/2020 at 9:45 a.m. In the interest of efficient case management, the Court requests that counsel file on the docket no less than 3 business days before the next status hearing and all further status hearings a brief joint status report. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.